## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In re:

JONATHAN R. THORNE and

DARLENE S. THORNE, Debtors

BANKRUPTCY CASE:

09-11763-DWH

CHAPTER 13

===========================================================

JONATHAN R. THORNE and
DARLENE S. THORNE, Debtors
LOCKE BARKLEY, Chapter 13 Trustee for the Northern
District of Mississippi

Plaintiffs,

vs.

Adversary Proceeding Number:

10-01172-DWH

PROMMIS SOLUTIONS HOLDING CORPORATION,
GREAT HILL PARTNERS, LLC
MORRIS, SCHNEIDER AND PRIOR, now known as
JOHNSON & FREEDMAN,
LENDER PROCESSING SERVICES, INC.,
LPS DEFAULT SOLUTIONS, LLC

Defendants,

===========================================================

### STATEMENT OF PROFESSIONAL PURSUANT TO RULE 2014

COMES NOW, Jimmy Mcelroy, and would represent unto the Court, under penalty of perjury:

THAT he has no connection with the Debtor(s), creditors, or any other party in interest, their respective accountants and attorneys, the United States Trustee or any person employed in the office of the United States Trustee in the captioned case and that he has no interest which would be in conflict with the Trustee in the captioned matter.

Done and Filed this 11th day of October 2010.

/s/ Jimmy E. McElroy
Attorney for Debtors/Plaintiffs
3780 S. Mendenhall Road
Memphis, TN 38115
(901) 363-7283
Fax: (901) 794-4334
jemcelroy@aol.com
mcelroylawms@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In re:

| | |
|---|---|
| JONATHAN R. THORNE and | BANKRUPTCY CASE: |
| DARLENE S. THORNE, Debtors | 09-11763-DWH |
| | CHAPTER 13 |

===========================================================

JONATHAN R. THORNE and
DARLENE S. THORNE, Debtors
LOCKE BARKLEY, Chapter 13 Trustee for the Northern
District of Mississippi

Plaintiffs,

vs.                                     Adversary Proceeding Number:

10-01172-DWH

PROMMIS SOLUTIONS HOLDING CORPORATION,
GREAT HILL PARTNERS, LLC
MORRIS, SCHNEIDER AND PRIOR, now known as
JOHNSON & FREEDMAN,
LENDER PROCESSING SERVICES, INC.,
LPS DEFAULT SOLUTIONS, LLC

Defendants,

===========================================================

### STATEMENT OF PROFESSIONAL PURSUANT TO RULE 2014

COMES NOW, Nicholas Wooten, and would represent unto the Court, under penalty of perjury:

THAT he has no connection with the Debtor(s), creditors, or any other party in interest, their respective accountants and attorneys, the United States Trustee or any person employed in the office of the United States Trustee in the captioned case and that he has no interest which would be in conflict with the Trustee in the captioned matter.

Done and Filed this 11th day of October 2010.

/s/ *Nick Wooten*
Nick Wooten
Pro Hac Vice Pending
Nick Wooten, Esq.
P.O. Box 3389
Auburn, Alabama 36831
(334) 887-3000
Fax: 821-7720
nhwooten@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In re:

| | |
|---|---|
| JONATHAN R. THORNE and | BANKRUPTCY CASE: |
| DARLENE S. THORNE, Debtors | 09-11763-DWH |
| | CHAPTER 13 |

==============================================================

JONATHAN R. THORNE and
DARLENE S. THORNE, Debtors
LOCKE BARKLEY, Chapter 13 Trustee for the Northern
District of Mississippi

Plaintiffs,

vs.                                        Adversary Proceeding Number:

10-01172-DWH

PROMMIS SOLUTIONS HOLDING CORPORATION,
GREAT HILL PARTNERS, LLC
MORRIS, SCHNEIDER AND PRIOR, now known as
JOHNSON & FREEDMAN,
LENDER PROCESSING SERVICES, INC.,
LPS DEFAULT SOLUTIONS, LLC

Defendants,

==============================================================

### STATEMENT OF PROFESSIONAL PURSUANT TO RULE 2014

COMES NOW, D.W. Grimsley, Jr., and would represent unto the Court, under penalty of perjury:

THAT he has no connection with the Debtor(s), creditors, or any other party in interest, their respective accountants and attorneys, the United States Trustee or any person employed in the office of the United States Trustee in the captioned case and that he has no interest which would be in conflict with the Trustee in the captioned matter.

Done and Filed this 11th day of October 2010.

/s/ D.W. Grimsley, Jr.
D.W. Grimsley, Jr., Esq.
P.O. Box 130836
Birmingham, Al. 35213
205-581-0900
Pro Hac Vice pending

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In re:

| | |
|---|---|
| JONATHAN R. THORNE and | BANKRUPTCY CASE: |
| DARLENE S. THORNE, Debtors | 09-11763-DWH |
| | CHAPTER 13 |

JONATHAN R. THORNE and
DARLENE S. THORNE, Debtors
LOCKE BARKLEY, Chapter 13 Trustee for the Northern
District of Mississippi

Plaintiffs,

vs.　　　　　　　　　　　　　Adversary Proceeding Number:

10-01172-DWH

PROMMIS SOLUTIONS HOLDING CORPORATION,
GREAT HILL PARTNERS, LLC
MORRIS, SCHNEIDER AND PRIOR, now known as
JOHNSON & FREEDMAN,
LENDER PROCESSING SERVICES, INC.,
LPS DEFAULT SOLUTIONS, LLC

Defendants,

**STATEMENT OF PROFESSIONAL PURSUANT TO RULE 2014**

COMES NOW, Scott Cummins, and would represent unto the Court, under penalty of perjury:

THAT he has no connection with the Debtor(s), creditors, or any other party in interest, their respective accountants and attorneys, the United States Trustee or any person employed in the office of the United States Trustee in the captioned case and that he has no interest which would be in conflict with the Trustee in the captioned matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was signed on October 11, 2010 at San Diego, California.

Scott Cummins, of counsel
Application Pro Hac Vice in Process
CASEY GERRY SHENK FRANCAVILLA
BLATT & PENFIELD LLP
110 Laurel Street
San Diego, CA 92101
619/238-1811
Fax 619/592-5043
scclaw@cglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In re:

JONATHAN R. THORNE and         BANKRUPTCY CASE:

DARLENE S. THORNE, Debtors      09-11763-DWH

CHAPTER 13

===============================================================

JONATHAN R. THORNE and
DARLENE S. THORNE, Debtors
LOCKE BARKLEY, Chapter 13 Trustee for the Northern
District of Mississippi

Plaintiffs,

vs.                              Adversary Proceeding Number:

10-01172-DWH

PROMMIS SOLUTIONS HOLDING CORPORATION,
GREAT HILL PARTNERS, LLC
MORRIS, SCHNEIDER AND PRIOR, now known as
JOHNSON & FREEDMAN,
LENDER PROCESSING SERVICES, INC.,
LPS DEFAULT SOLUTIONS, LLC

Defendants,

===============================================================

STATEMENT OF PROFESSIONAL PURSUANT TO RULE 2014

COMES NOW, Chad McGowan, and would represent unto the Court, under penalty of perjury:

THAT he has no connection with the Debtor(s), creditors, or any other party in interest, their respective accountants and attorneys, the United States Trustee or any person employed in the office of the United States Trustee in the captioned case and that he has no interest which would be in conflict with the Trustee in the captioned matter.

Done and Filed this 11th day of October 2010.

/s/ *Chad McGowan*
Chad McGowan
Pro Hac Vice Pending
McGowan, Hood, and Felder, LLC
1539 Health Care Drive
Rock Hill, SC 29732
(803-327-7800
(803)- 328-5656
cmcgowan@mcgowanhood.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In re:

JONATHAN R. THORNE and           BANKRUPTCY CASE:

DARLENE S. THORNE, Debtors       09-11763-DWH

                                 CHAPTER 13

================================================================

JONATHAN R. THORNE and
DARLENE S. THORNE, Debtors
LOCKE BARKLEY, Chapter 13 Trustee for the Northern
District of Mississippi

Plaintiffs,

vs.                              Adversary Proceeding Number:

                                 10-01172-DWH

PROMMIS SOLUTIONS HOLDING CORPORATION,
GREAT HILL PARTNERS, LLC
MORRIS, SCHNEIDER AND PRIOR, now known as
JOHNSON & FREEDMAN,
LENDER PROCESSING SERVICES, INC.,
LPS DEFAULT SOLUTIONS, LLC

Defendants,

================================================================

**STATEMENT OF PROFESSIONAL PURSUANT TO RULE 2014**

COMES NOW, Robert Rikard, and would represent unto the Court, under penalty of perjury:

THAT he has no connection with the Debtor(s), creditors, or any other party in interest, their respective accountants and attorneys, the United States Trustee or any person employed in the office of the United States Trustee in the captioned case and that he has no interest which would be in conflict with the Trustee in the captioned matter.

Done and Filed this 11th day of October 2010.

/s/ Robert G. Rikard
Robert G. Rikard
Rikard & Moses, LLC
1803 Hampton Street
Columbia, South Carolina  29201
803-978-6111
Pro Hac Vice to follow