IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: JONATHAN R. THORNE and | BANKRUPTCY CASE: |
| DARLENE S. THORNE, Debtors | 09-11763-DWH |
| | Adv No. 10-01172 |
| | CHAPTER 13 |

---

APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Robert G. Rikard
Firm Name: Rikard & Moses, LLC
Office Address: 1803 Hampton Street, Columbia, SC 29201
Mailing Address: Post Office Box 5640
City: Columbia    State South Carolina    Zip 29250
Telephone: 803.978.6111    Fax: 803.978.6112
E-Mail: rgr@rmlawsc.com

(B) Client(s): Jonathan R. Thorne and Darlene S. Thorne
Address: 1568 Central Trails Drive
City: Southaven    State Mississippi    Zip 38671
Telephone: 870 514 0480    Fax: none

The following information is optional:

Has Applicant had a prior or continuing representation in other matters of one or more of the clients Applicant proposes to represent and is there a relationship between those other matter(s) and the proceeding for which Applicant seeks admission? **No.**

Does Applicant have any special experience, expertise, or other factor that Applicant believes makes it particularly desirable that Applicant be permitted to represent the client(s) Applicant proposes to represent in this case? **The applicant has highly specialized knowledge of the defendants to be named in the adversary proceeding to follow and the applicant intends to file a case which will expose to the Court a systemic and continuing fraud on the Bankruptcy Court by a group of sophisticated defendants.**

(C)  Applicant is admitted to practice in the:

  __ x __  State of <u>South Carolina</u>
  _____  District of Columbia

and is currently in good standing with that Court. A certificate to that effect, issued within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

<u>United States District Court, District of South Carolina, 901 Richland Street, Columbia, South Carolina  29201.</u>

|     |     | Y | N |
|-----|-----|---|---|
| (D) | Has Applicant been denied admission pro hac vice in this state? | ☐ | ■ |
|     | Has Applicant had admission pro hac vice revoked in this state? | ☐ | ■ |
|     | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ☐ | ■ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|     |     | Y | N |
|-----|-----|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against Applicant by a disciplinary authority in any other jurisdiction within the last five years? | ☐ | ■ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|     |     | Y | N |
|-----|-----|---|---|
| (F) | Has Applicant been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ☐ | ■ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which Applicant has filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

None

(H) Please identify each case in which Applicant has appeared as counsel pro hac vice in this state within the immediately preceding twelve months, is presently appearing as counsel pro hac vice, or has pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|

None

|   |   | Y | N |
|---|---|---|---|
| (I) | Has Applicant read and become familiar with all the LOCAL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ■ | ☐ |
|   | Has Applicant read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ■ | ☐ |

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar No: <u>Jimmy E. McElroy</u>
Firm Name: <u>Jimmy E McElroy & Associates</u>
Office Address: <u>3780 S. Mendenhall Road</u>
City: <u>Memphis</u>    State <u>Tennessee</u>    Zip <u>38115</u>
Telephone: <u>901-363-7283</u>    Fax: <u>1-901-794-4335</u>
E-Mail: <u>jemcelroy@aol.com</u>

**(K)**  The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

_____
Applicant's Signature

**Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.**

## CERTIFICATE OF SERVICE

The undersigned Applicant certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 8th day of October, 2010.

_____
Applicant

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF    South Carolina

## CERTIFICATE OF GOOD STANDING

I, _____Larry W. Propes_____, *Clerk of this Court,*

*certify that* _____Robert G. Rikard_____, *Bar #* _____6938_____,

*was duly admitted to practice in this Court on*

_____12/1/1997_____, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* _____Columbia, SC_____ *on* _____10/6/2010_____.
LOCATION                              DATE

Larry W. Propes
_____        _____
CLERK                                DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In re:

| | |
|---|---|
| JONATHAN R. THORNE and | BANKRUPTCY CASE: |
| DARLENE S. THORNE, Debtors | 09-11763-DWH |
| | CHAPTER 13 |

==================================================================

JONATHAN R. THORNE and
DARLENE S. THORNE, Debtors
LOCKE BARKLEY, Chapter 13 Trustee for the Northern
District of Mississippi

          Plaintiffs,

vs.        Adversary Proceeding Number:

    10-01172-DWH

PROMMIS SOLUTIONS HOLDING CORPORATION,
GREAT HILL PARTNERS, LLC
MORRIS, SCHNEIDER AND PRIOR, now known as
JOHNSON & FREEDMAN,
LENDER PROCESSING SERVICES, INC.,
LPS DEFAULT SOLUTIONS, LLC

          Defendants,

==================================================================

**ORDER GRANTING PRO HAC VICE APPLICATION**

Document    Page 8 of 8

The Court has considered the motion for Pro Hac Vive Admission of Robert G. Rikard for the purpose of representing the debtors in an adversary proceeding and finds thart the motion should be and hereby granted.

So Ordered this _____ day of _____, 2010.

_____
U.S Bankruptcy Judge

Approved:


/s/ Jimmy E. McElroy
Attorney for Debtors/Plaintiffs
3780 S. Mendenhall Road
Memphis, TN 38115
(901) 363-7283
Fax: (901) 794-4334
jemcelroy@aol.com
mcelroylawms@hotmail.com

/s/ Robert G. Rikard
Attorney at Law
P.O. Box 5640
Columbia, SC 29250
(803) 978-6111
Fax: (803) 978-6112
rgr@rmlawsc.com