UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

JONATHAN R. THORNE
and DARLENE S. THORNE,                    CASE NO. 09-11763-DWH

DEBTORS.                                  CHAPTER 13

JONATHAN R. THORNE, DARLENE S. THORNE
and LOCKE D. BARKLEY, Chapter 13 Trustee
for the Northern District of Mississippi                PLAINTIFFS

VS.                                       ADV. PROC. NO. 10-01172-DWH

PROMMIS SOLUTIONS HOLDING CORPORATION,
GREAT HILL PARTNERS, LLC,
MORRIS, SCHNEIDER AND PRIOR, now known as
JOHNSON & FREEDMAN, LLC,
LENDER PROCESSING SERVICES, INC.,
and LPS DEFAULT SOLUTIONS                 DEFENDANTS

**ORDER GRANTING MOTION FOR ADDITIONAL TIME TO FILE ANSWER OR OTHER RESPONSE [Dkt. # 13 ]**

This day there came on for consideration the Motion for Additional Time to File Answer or Other Response [Dkt. # 13 ] ("Motion") filed by Johnson & Freedman, LLC ("J&F") for additional time to respond to the Second Amended Class Action Complaint [Dkt. #6] filed on October 11, 2010 by Jonathan R. Thorne and Darlene S. Thorne and Locke D. Barkley, Chapter 13 Trustee for the Northern District of Mississippi (collectively, "Plaintiffs") in the above-referenced adversary proceeding. The Court, being fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that J&F shall have until and including December 3, 2010, in which to file a response to the Plaintiffs' Complaint in the above-referenced adversary proceeding.

SO ORDERED AND ADJUDGED this 29th of October, 2010.

/s/ David W. Houston III

DAVID W. HOUSTON III
UNITED STATES BANKRUPTCY JUDGE

SUBMITTED BY:

s/ Kristina M. Johnson
KRISTINA M. JOHNSON, COUNSEL FOR
JOHNSON & FREEDMAN, LLC
P. O. Box 427
Jackson, MS 39205-0427
Telephone (601) 949-4785
Telecopy (601) 949-4804

3637851.1/15433.36178