## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## OPELIKA

| | | |
|---|---|---|
| In re: | : | |
| **Hudson Lorraine S.** | : | **Case no. 7-80806-WRS-13** |
| | : | |
| Debtor, | : | |
| | : | |
| | : | |
| **Lorraine S.  Hudson,** | : | |
| | : | **Adversary Proceeding No:** |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Litton Loan Servicing, LP, Servicing** | : | |
| **Agent For Deutsche Bank National Trust** | : | |
| **Company As Trustee for the holders of** | : | |
| **Finance America Mortgage Loan Trust,** | : | |
| **Series 2003-1, Asset Back Certificates,** | : | |
| **Series 2003-1, McCalla Raymer, et al,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

## DECLARATION OF SCOTT WALTER

1.  My name is Scott Walter.  I am over the age of 18 years and am fully competent to give this declaration.  I have personal knowledge of the facts stated herein and they are true and correct.

2.  I am a Vice President of Operations of LPS Default Solutions, Inc. fka Fidelity National Foreclosure Solutions, Inc. ("Fidelity").  As part of my responsibilities and role with Fidelity, I am generally familiar with the records of Fidelity's regularly conducted business activities including access to Fidelity's proprietary technology and administrative services

with respect to mortgage foreclosures, bankruptcies and other loan default

matters.

3.    I conducted a search of the plaintiff in the Fidelity proprietary technology.

Plaintiff's loan was not managed by the servicer within the Fidelity

proprietary technology system.  Fidelity did not provide administrative

services relating the plaintiff.

4.    I hereby declare the above and foregoing statements to be true and correct

under penalty of perjury pursuant to 28 U.S.C. §1746.

Executed this ___ day of November, 2008.

_____
Scott Walter

**STATE OF MINNESOTA**

**COUNTY OF DAKOTA**

Sworn to and affirmed or subscribed before me this 7TH day of November, 2008 by Scott

Walter, who is personally known to me.

WAYNE P. HESSLER
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2012

_____
Notary Public