# PLAINTIFF'S EXHIBIT NUMBER:

## 1



# Lender Processing Services Investor Day

May 28, 2008

# Forward-Looking Statements

This presentation will contain forward-looking statements that involve a number of risks and uncertainties. Statements that are not historical facts, including statements about our beliefs and expectations, are forward-looking statements. Forward-looking statements are based on management's beliefs, as well as assumptions made by, and information currently available to, management. Because such statements are based on expectations as to future economic performance and are not statements of fact, actual results may differ materially from those projected. We undertake no obligation to update any forward-looking statements, whether as a result of new information, future events or otherwise. The risks and uncertainties which forward-looking statements are subject to include, but are not limited to: general political, economic, and business conditions, including the possibility of intensified international hostilities, acts of terrorism, and general volatility in capital markets; failures to adapt our services to changes in technology or in the marketplace; consolidation in the mortgage lending or banking industry; security breaches of our systems and computer viruses affecting our software; a decrease in the volume of real estate transactions such as real estate sales and mortgage refinancings, which can be caused by high or increasing interest rates, a shortage of mortgage funding, or a weak United States economy; the impact of competitive services and pricing; the ability to identify suitable acquisition candidates and the ability to finance such acquisitions, which depends upon the availability of adequate cash reserves from operations or of acceptable financing terms and the variability of our stock price; our ability to integrate any acquired business' operations, services, customers, personnel; the effect of our substantial leverage, which may limit the funds available to make acquisitions and invest in our business; changes in, or the failure to comply with, government regulations, including regulatory changes or reform related to RESPA, appraisal practices and privacy obligations; and other risks detailed in the Risk Factor section in the Form 10.





LPS
LISTED
NYSE    122

2

# Agenda

- Overview                              Jeff Carbiener
- Business Review              Jeff Carbiener
- Products/Services Review     Dan Scheuble
- Break
- Market Drivers                Eric Swenson
- Financial Review            Francis Chan
- 2008 Guidance & Long Term Outlook    Jeff Carbiener
- Summary                     Jeff Carbiener
- Q & A                           All



 123



4

# Overview

- One of the largest providers of technology, processing, data and outsourced services to financial institutions

- Leading market positions in all business segments:
  - #1 U.S. provider of Mortgage Processing Services
    - LPS applications process over 50% of all U.S. residential mortgage loans by dollar volume
  - #1 U.S. provider of centralized Settlement Services
  - #1 U.S. provider of Mortgage Default Solutions

- Over 1,000 financial institution clients, including 39 of the 50 largest banks in the U.S.

- Significant scale with 2007 pro forma revenue and EBITDA of $1,690.6 million and $526.7 million, respectively



 125



# Overview
## Business Characteristics

- Market leading mortgage processor
- Industry's most comprehensive range of integrated technology, data and processing services
- Broad and long-term relationships with nation's top lenders
  - On average, top 10 customers: with us for 18 years, utilize 18 of 29 services
- Uniquely balanced operating model
- High barriers to entry and strong competitive position

**Industry Leader with Growing Market Share**



 127

7

# Overview
## Growth Drivers

### Leveraging Comprehensive Solutions

- Drive market share gains
- Extend product penetration
- Expand usage

### Extending Technology Leadership Position

- Desktop expansion
- DecisionStream and ClosingStream
- RealEC

### Expanding Current Service Offerings

- Capital markets
- Data and analytics
- Fraud solutions

### Pursuing Selected Acquisitions

- Watterson Prime
- Applied Financial Technology
- McDash

**LPS is well-positioned to succeed as a stand-alone company**





128

8







# Overview
## LPS Organization

**Jeff Carbiener**
President and
Chief Executive Officer
17 years

**Eric Swenson**
EVP
Loan Transaction
Services
25 years

**Dan Scheuble**
EVP
Technology,
Data and
Analytics
27 years

**Joe Nackashi**
EVP
Chief Technology
Officer
21 years

**Francis Chan**
EVP
Chief Financial
Officer
17 years

**Parag Bhansali**
SVP
Investor
Relations and
Strategic
Planning
15 years

**Todd Johnson**
SVP
General Counsel
16 years

LPS

LPS
LISTED
NYSE

131



Business Review





# Business Review
## Key Relationship Expansion

| | Bank of America | Barclays/ HomEq | CitiGroup | Countrywide | JPMorgan Chase | JPMorgan Chase/ EMC | HSBC | Wilbur Ross/ Option One | Washington Mutual | Wells Fargo | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **YE 2007 Total LPS Services (29)** | 23 | 13 | 15 | 16 | 15 | 16 | 19 | 16 | 19 | 18 | 170 |
| **YE 2006 Total LPS Services (29)** | 23 | 10 | 8 | 10 | 10 | 8 | 18 | 16 | 18 | 17 | 138 |

**Strong penetration, future growth opportunity**





# Business Review
## Market Size*

| TD & A | Loan Facilitation | Default |

**19%** / **81%** — Total Market = $2.2B

**25%** / **75%** — Total Market = $2.4B

**17%** / **83%** — Total Market = $2.7B

■ LPS Market Share

**Attractive growth opportunities in all areas**

* 2007 data; Source: company and industry estimates

Lender Processing Services    137

17

# Business Review
## Favorable Market Dynamics

### Consolidation
- Large banks are gaining market share
- Increased direct lending versus wholesale and correspondent channels



### Increased Market Share
- Trend to centralize and outsource operations
- Drives higher volumes to LPS

### Flight to Quality
- Changing credit market conditions are driving lenders to focus on higher quality borrowers
- Centralized processing and more stringent underwriting controls
- Increased demand for better tools to mitigate long-term risk



### Streamlined Product Solutions
- Good fit for automated solutions in a centralized environment
- Valuations, Streamlined Title, Web-based closings
- Development of predictive models and indicators of future loan performance

### Need to Reduce Internal Costs
- Focus on reducing servicing costs
- Increase efficiency through technology and integrated solutions



### Low-Cost Provider
- Scale
- Domain expertise
- Integrated data, technology and services (MSP and Desktop)



Lender Processing Services



138



# Products/Services

## Agenda

- End-to-end mortgage process
- Origination process
  - Technology solutions
  - Data and services solutions
- Servicing process
  - Technology solutions
  - Data and services solutions
- Default process
  - Technology solutions
  - Data and services solutions

- Capital markets
- Analytics
- Balanced business model
- Competitive landscape



Lender Processing Services



140

20





# End-to-End Mortgage Process

# End-to-End Mortgage Solutions

## Origination – Technology Offerings

Lead Management Loan Sales → Loan Processing → Loan Underwriting → Loan Closing

**Empower** – Automates the end-to-end loan origination process.

- 14 of the top 50 lenders
- Market: The nation's top 200 lenders
- Positioned to take advantage of the market rebound with state-of-the-art .NET technology
- Integration with LPS services includes settlement services, fraud, data, analytics, default and servicing

Lender Processing Services

LPS
LISTED
NYSE

142



# End-to-End Mortgage Solutions

## Origination – Technology Offerings

| Lead Management Loan Sales | Loan Processing | Loan Underwriting | Loan Closing |

**DecisionStream** – Delivers critical data, instantly, to the point of sale and provides the ability to upgrade to other products for fulfillment.

- Shortens length of time between application and closing

- Results in higher percentage of closings

- Saves lenders up to $300 per declined loan

- Turns shoppers into buyers

LPS

Lender Processing Services

LPS LISTED NYSE    143

23



# End-to-End Mortgage Solutions

## Origination – Technology Offerings

Lead Management Loan Sales ▶ Loan Processing ▶ Loan Underwriting ▶ Loan Closing

**Streamlined Title** – Provides automated title decisions for refinances, instantly, at point-of-sale.

- 10 of the top 10 retail originators
- Allows lenders to easily place all orders through a single workflow
- Lowers cost of title policy
  – savings between $150 – $650
- Dramatically increases customer retention

LPS

Lender Processing Services

LPS LISTED NYSE

144



# End-to-End Mortgage Solutions

## Origination – Technology Offerings

Lead Management Loan Sales ▸ Loan Processing ▸ Loan Underwriting ▸ Loan Closing

**ClosingStream** – Web-based closing solution for refinances and loan modifications.

• 7 of the top 10 top lenders

• More than 35,000 online closings completed since its inception in 2005

• Technology building blocks to support e-mortgage

• 99% borrower satisfaction rating

LPS

Lender Processing Services

LPS LISTED NYSE

145



# End-to-End Mortgage Solutions

## Origination – Technology Offerings

Lead Management Loan Sales ▸ Loan Processing ▸ Loan Underwriting ▸ Loan Closing

**eLender Solutions** – Complete electronic delivery of appraisal, title and closing services.

• 99% of transactions are electronically received and delivered

• Produces SLA-based scorecard

• Customizable rules-based, exception-level processing

• Integrated into customer's loan origination technology

LPS

Lender Processing Services

LPS LISTED NYSE    146

# End-to-End Mortgage Solutions



## Origination – Technology Offerings

Lead Management Loan Sales ▸ Loan Processing ▸ Loan Underwriting ▸ Loan Closing

**RealEC** – Automates ordering, tracking and delivery of third-party mortgage services.

• 2,000+ lenders and brokers, including 17 of the top 20 lenders

• 13,000+ service providers (e.g. tax, title, etc.)

• All major settlement companies and all major title, closing and appraisal software packages are connected

• Enables a private-label, revenue-based model for the lender

LPS

Lender Processing Services

LPS LISTED NYSE   147

27



# End-to-End Mortgage Solutions

## Origination – Data and Services

Lead Management Loan Sales ▸ Loan Processing ▸ Loan Underwriting ▸ Loan Closing

**Tax Data** – Solutions that can access powerful tax database in an automated environment as well as enable self-service access.

• More than 1,200 active clients

• One of the largest property tax databases in the country – 85%

• Automated tax line integration increases accuracy

LPS

Lender Processing Services

LPS LISTED NYSE   148

28



**End-to-End Mortgage Solutions**

Origination – Data and Services

| Lead Management Loan Sales | Loan Processing | Loan Underwriting | Loan Closing |

**Flood Services** – Determine if property is in a flood zone. Provides updates for map revisions or changes in flood insurance requirement or availability.

- 6 of the top 10 mortgage lenders
- LPS is the #1 provider of flood determinations in the U.S.
- Highest levels of automation in the industry, creating highest hit rates and shortest turn times

Lender Processing Services

149



# End-to-End Mortgage Solutions

## Origination – Data and Services

| Lead Management Loan Sales | ▶ | Loan Processing | ▶ | Loan Underwriting | ▶ | Loan Closing |

**Appraisal/Property Valuation** – Centralized, independent appraisal services used to determine the value of a property.

- 45,000 independent appraisers and real estate professionals in database

- 2 million valuations completed in 2007

- Enhances quality control through reductions in FTE and steps in appraisal process

- Turnaround time reductions eliminate days from the closing process

- Improves overall borrower experience

LPS

Lender Processing Services

LPS LISTED NYSE     150



# End-to-End Mortgage Solutions

## Origination – Data and Services

Lead Management Loan Sales ▶ Loan Processing ▶ Loan Underwriting ▶ Loan Closing

**Title and Closing Services** – Centralized coordination of settlement process.

- 8 of the top 10 lenders
- Largest centralized title and appraisal company in the U.S.
- Closings handled quickly, professionally and correctly
- Increased customer satisfaction
- Extensive network of notaries experienced in escrow, title, mortgage or real estate

Lender Processing Services

LPS LISTED NYSE    151



# End-to-End Mortgage Solutions



## Servicing – Technology

| Quality Control Loan Boarding | ▶ | Customer Service | ▶ | Cash Management | ▶ | Escrow Management |

**MSP** – Automates end-to-end mortgage servicing process, provides investor reporting and comprehensive reporting and business intelligence.

- More than 50% of outstanding mortgage loans, based on principle balance
- 6 of top 10; 17 of top 25 servicers
- HELOC servicing is growth opportunity – 40 clients currently using HELOC functionality; 1.2 million HELOCs/2nd mortgages serviced on MSP
- Recipients of 2006 and 2007 JD Powers award utilize MSP

33



# End-to-End Mortgage Solutions

## Servicing – Technology

| Quality Control Loan Boarding | ▸ | Customer Service | ▸ | Cash Management | ▸ | Escrow Management |

**Electronic Loan Interface** – Automates loan boarding for new loans and portfolio acquisitions.

- Approximately 60% of LPS clients
- Rules processing greatly increases quality of data
- Dramatic reductions in time frames and cost
- Automates loan boarding for portfolio acquisitions

LPS

Lender Processing Services

LPS LISTED NYSE  154

# End-to-End Mortgage Solutions



## Servicing – Technology

Quality Control Loan Boarding ▸ Customer Service ▸ Cash Management ▸ Escrow Management

**MSP Web Services** – Provides a secure mechanism to send MSP data to and from third parties and servicers.

- 45% of clients or their business partners using to update MSP
- Provides real-time access to loan level data
- Integrates MSP with LPS technology and services
- Provides consistent, timely and accurate data delivery



# End-to-End Mortgage Solutions

## Servicing – Data and Services

Quality Control Loan Boarding ▸ Customer Service ▸ Cash Management ▸ Escrow Management

**Tax Data** – Leverages property records database to provide up-to-date tax information; provides status of taxes on a property.

• Tax solution enables customers to insource tax business

• Reduction in post-close work performed to adjust escrow accounts

• Increased efficiencies through automated boarding of tax data into servicing platform

Lender Processing Services

LPS LISTED NYSE   156

36



# End-to-End Mortgage Solutions

## Servicing – Data and Services

| Quality Control Loan Boarding | ▶ | Customer Service | ▶ | Cash Management | ▶ | Escrow Management |

**Flood Services** – Determine if property is in a flood zone. Provides updates if determination changes throughout life-of-loan.

- LPS is the #1 provider of flood determinations in the U.S.
- Servicing 5 of the top 10 lenders; tracking more than 32 million loans for map revisions
- Supports all transactions necessary for life-of-loan servicing

Lender Processing Services

LPS
LISTED
NYSE

157



# End-to-End Mortgage Solutions

## Servicing – Data and Services

Quality Control Loan Boarding ▶ Customer Service ▶ Cash Management ▶ Escrow Management

**Lien Release** – Automates lien release, assignment and recording of loans when paid in full.

- Largest recorder information database
- Eliminates manual intervention, reducing cost and cycle time
- Decreases incorrect payoffs and exception handling

LPS





# End-to-End Mortgage Solutions

## Default – Technology

| Collections Loss Mitigation | ▶ | Foreclosure | ▶ | Bankruptcy | ▶ | REO Management |

**MSP** – Data of record; automates end-to-end mortgage servicing process.

**Mortgage Desktop** – Works in conjunction with MSP and provides process automation, digital invoice solutions and document management.

- Used by 8 of the top 10 servicers
- Manages more than 50% of default referrals in the industry
- Dramatic, documented increase in efficiency
- Reduces loan loss provisions
- Performance metrics create unprecedented timeline improvement

Lender Processing Services

160

40



# End-to-End Mortgage Solutions

## Default – Data and Services

Collections Loss Mitigation ▶ Foreclosure ▶ Bankruptcy ▶ REO Management

**Title and Closing** – Provides all foreclosure title products required to transfer title from borrower to bank.

- Expedites transfer of title
- Reduces title expenses and shortens timelines
- Increases process transparency
- Working knowledge of local requirements and regulations

Lender Processing Services

LPS
LISTED
NYSE

161



# End-to-End Mortgage Solutions

## Default – Data and Services

| Collections Loss Mitigation | ▶ | Foreclosure | ▶ | Bankruptcy | ▶ | REO Management |

**Appraisal/Property Valuation** – Provides an estimated value for subject property.

- Risk mitigation and proactive management of loans based on accurate property values
- Computer-generated models, low cost, real time
- Performed by qualified real estate professionals
- Allow lenders to match risk with cost; tiered products that match underwriting risk profile

Lender Processing Services

LPS
LISTED
NYSE

162

42

# End-to-End Mortgage Solutions



## Default – Data and Services

Collections Loss Mitigation ▸ Foreclosure ▸ Bankruptcy ▸ REO Management

**Field Services** – Provides centralized vendor management for property inspections and preservation services.

- Network of more than 5,000 skilled inspectors and insured contractors
- Compliance with the multitude of investor and agency guidelines
- Web-enabled communication and automated quality control improve efficiency and reduce costs



# End-to-End Mortgage Solutions

## Default – Data and Services

Collections Loss Mitigation ▸ Foreclosure ▸ Bankruptcy ▸ REO Management

**REO** – Asset management services for REO properties.

- Strong year-over-year growth
- Experience managing the disposition of more than 85,000 REO assets

44



**End-to-End Mortgage Solutions**

Default – Technology, Data and Services Offerings

Collections Loss Mitigation ▶ Foreclosure ▶ Bankruptcy ▶ REO Management

**MSP** (Data of Record)

**Mortgage Desktop** (Process Automation, Digital Invoice Solutions and Document Management)

**Appraisal/Property Valuation**

**Field Services**

**Title and Closing**    **REO**

Lender Processing Services

165

45



# Capital Markets

**Participants' Duties** • Trade Bonds • Finance/ Underwrite Deals • Advisory

**Front Office/Wall Street** (Glamorous Activities)
- Prospect Portfolios
- Identify Opportunities
- Trade Assets
- Negotiate & Close Deal
- Securitize
- Issue Bond
- Investment Banking Expertise

**LPS**
Data
Analytics
Technology
Independence
Experience

**Back Office/LPS** (Grunt Work)
- Fraud and Credit Check
- Collateral Valuation
- Due Diligence
- Predictive Modeling
- Performance Monitoring
- Surveillance

**LPS ties together what is, today, a fairly convoluted process, enabling Wall Street to make the right investment decision.**

Lender Processing Services

LPS LISTED NYSE

166

46





# Analytics

Comprehensive Data Solutions
Property Data
Borrower Data
Payment History
Appraiser Data
Valuation Data
Default Data
Comprehensive Analytics
Applied Analytics
Valuations
Fraud
Together with:
Analytics delivery tool with comprehensive industry databases – McDash
Prime and Alt-A
Subprime
HELOC/ Seconds
Enables LPS to deliver usable information through a graphical user interface to:
Wall Street Firms
Mortgage Originators
Mortgage Servicers
GSEs
Government Agencies

# Balanced Business Model

*Cyclical* ←——→ *Non-Cyclical* ←——→ *Counter Cyclical*

**Origination Services**

Property Valuation
Title
Closing Services

**Technology, Data and Analytics**

**Default Services**

Field Services
*Foreclosure/ Bankruptcy*
REO Management
Title

Mortgage Servicing Platform
Loan Origination Software
Process, Invoice and Imaging Management
Property / Loan Data and Analytics

**LPS business mix results in balanced revenue stream across volatile mortgage markets.**

LPS

Lender Processing Services

LPS
LISTED
NYSE

168

48

# Competitive Landscape
## Data and Services

| | LPS | First American | LandAM | Fiserv | Credit Bureaus |
|---|---|---|---|---|---|
| Tax Data | ✔ | ✔ | ✔ | | |
| Flood Services | ✔ | ✔ | ✔ | ✔ | ✔ |
| Appraisal/Property Valuation | ✔ | ✔ | ✔ | ✔ | ✔ |
| Title and Closing Services | ✔ | ✔ | ✔ | ✔ | ✔ |
| Lien Release | ✔ | ✔ | ✔ | | |
| AVM | ✔ | ✔ | | ✔ | ✔ |
| Field Services | ✔ | ✔ | ✔ | | |
| REO | ✔ | ✔ | ✔ | | |
| Data Services | ✔ | ✔ | | | ✔ |
| Title Underwriting | | ✔ | ✔ | | |
| Default Management Outsource | ✔ | ✔ | ✔ | | |
| Portfolio Analytics/ Due Diligence | ✔ | ✔ | | ✔ | |



Lender Processing Services



169

# Competitive Landscape
## Technology

| | LPS | First American | LandAM | Fiserv | Credit Bureaus |
|---|:---:|:---:|:---:|:---:|:---:|
| **Loan Origination Technology** | | | | | |
| *Automated End-to-End Loan Process* | ✓ | | | ✓ | |
| *Web-Based Closing Solution* | ✓ | ✓ | | ✓ | |
| *Data Delivery at Point of Sale* | ✓ | | | | |
| *Automated Title Decisioning Tool* | ✓ | ✓ | ✓ | | |
| *Electronic Delivery Technology* | ✓ | ✓ | ✓ | ✓ | ✓ |
| *Automated Order, Track and Delivery* | ✓ | | ✓ | ✓ | |
| **Mortgage Servicing Technology** | | | | | |
| *Automated End-to-End Servicing* | ✓ | | | ✓ | |
| *Electronic Loan Boarding* | ✓ | | | ✓ | |
| *Web Services* | ✓ | | | | |
| **Default Management Technology** | | | | | |
| *Automated End-to-End Servicing* | ✓ | | | ✓ | |
| *Process Invoice and Imaging Management* | ✓ | ✓ | ✓ | | |



# Competitive Advantage

## LPS Technology

### Customer Benefits

- Lower cost to originate and service
- Better regulatory compliance
- Lower error rates
- Faster cycle times
- Increased customer satisfaction
- Increased pull-through
- Increased adaptability

### LPS Benefits

- Creates barriers to entry
- Difficult to replace – "stickiness"
- Facilitates the ordering of LPS data and services
- Faster time to market for new technology and services
- LPS services leverage our technology

 

Lender Processing Services

171



Market Drivers





# LPS Benefits



- Increased default volumes and demand for related services

  – Strong LPS default revenue growth

  – Over half of all default transactions process with LPS Desktop technology which has 20,000 users

  – To date 12MM default referrals have been managed on the Desktop technology

- Increased demand for more effective loss mitigation tools:

  – Applied Analytics' loss mitigation scores and retention scores

  – Portfolio valuation monitoring service

  – ClosingStream for loan modifications



175

55





# LPS Benefits



- Consolidation towards larger institutions and new entrants

  – LPS' strongest relationships are with the top 25 lenders/servicers that have consolidated market

    • Largest settlement services provider to the top 25

    • MSP currently has over 50% market share

    • LPS Desktop manages over half of default referrals

  – New market entrants look to LPS first for servicing and default technology

  – LPS working with Government Agencies to utilize LPS Desktop technology



LPS
LISTED
NYSE

178

58





# LPS Benefits



- Escalating regulatory environment is creating demand for LPS solutions:

  - Strong industry partner for maintaining regulatory compliance

  - ClosingStream supports required disclosure and scripting changes proposed in RESPA Reform

  - Point-of-sale technology available to automatically populate Good Faith Estimate as proposed in RESPA reform

  - LPS Desktop allows servicers to manage the new foreclosure rules and timeline changes

  - MSP technology has a large, dedicated team focused on regulatory compliance



181

61





# LPS Benefits



- Lenders centralizing origination channels

  – LPS' outsourced settlement services model
  was built to support the largest, centralized mortgage lenders
  in the industry

    • Appraisal outsource model provides independence

    • Point-of-sale title decisioning eliminates bottlenecks and saves borrower
    hundreds of dollars

- Lenders centralizing operating platforms

  – MSP provides a single platform to efficiently track and monitor
  all real estate secured loans including HELOCs



184

# Mortgage Market Drivers





# LPS Benefits



- Need for more sophisticated risk management and analytical tools

  - LPS offers comprehensive data and analytic solutions for investors to address the demand for improved due diligence practices and ultimately provide confidence in what they are buying

    - LPS Due Diligence Solutions offer verification and compliance assessment services

    - LPS Valuation Solutions assess property values more accurately

    - LPS Applied Analytics provide tools to better assess the income stream risks of default, loss and prepayment

    - LPS' McDash provides best execution analysis on both the buy and sell side



 187





# LPS Benefits



- Emerging demand for Web-based mortgage solutions

  - LPS is contributing to the advancement of eMortgage technology to solve the problems of today and streamline processes for the future

    - LSI's ClosingStream gaining GSE acceptance with top lenders

    - Working with top 10 lenders to develop "touchless self-service" mortgage

    - Working with GSE to develop specialized "HomeSaver" loss mitigation program

    - LPS Desktop's Smart Doc imaging solutions provides enhanced auditing capabilities for servicers



190







# Financial Review

## Highly Diversified Revenue

### FY2005 Revenue Mix

| | |
|---|---|
| **Revenue:** | **$1,382.5 million** |
| **EBITDA:** | **$ 430.6 million** |
| **EBITDA Margin:** | **31.1%** |

| Segment | EBITDA margin |
|---|---|
| Technology, Data & Analytics | 44.3% |
| Loan Transaction Services | 29.7% |

### FY2007 Revenue Mix

| | |
|---|---|
| **Revenue:** | **$1,690.6 million** |
| **EBITDA:** | **$ 526.7 million** |
| **EBITDA Margin:** | **31.2%** |

| Segment | EBITDA margin |
|---|---|
| Technology, Data & Analytics | 45.7% |
| Loan Transaction Services | 26.1% |

**Strong revenue growth, robust margins**

LPS Lender Processing Services LPS LISTED NYSE

# Financial Review

## Free Cash Flow* ($ millions)

$180.3 — 2005
$271.7 — 2006
$212.4 — 2007

*Net income plus depreciation and amortization less capital expenditures and changes in working capital. As presented in Form 10; excludes pro forma after-tax interest expense of $55.8 million in 2007.

### Robust free cash flow

LPS    Lender Processing Services    LPS LISTED NYSE



# Financial Review
## Technology, Data & Analytics

### Segment Overview

- **Mortgage processing services** – automates all areas of loan servicing, including loan setup and ongoing processing, customer service, accounting and reporting.

- **Desktop System** – workflow information system that assists customers in managing business processes and connectivity used primarily in connection with default management.

- **Other software applications** – include mortgage origination, real estate, and title insurance software.

- **Data and analytics businesses** – includes alternative property valuations, property records business and advanced analytic services, which assists customers in their loan marketing or loss mitigation efforts.

### Revenue Drivers

- **Mortgage processing services** – Typically fee per month per loan on file. Recurring revenue, long-term contracts, high switching costs.

- **Desktop System** – Activity fees per foreclosure. To be expanded to other mortgage servicing business processes. High switching costs; clients typically use LPS exclusively.

- **Other software applications** – License, maintenance and professional service fees.

- **Data and analytics businesses** – Transaction, activity and subscription fees.



Lender Processing Services







# Financial Review
## Loan Transaction Services

### Segment Overview

**Loan facilitation services:**

- **Settlement services** – title agency and closing services
- **Appraisal services** – traditional appraisal and appraisal management services
- **Other origination services** – real estate tax services and flood zone information

**Default management services:**

- **Property preservation services –** designed to preserve value of properties securing defaulted loans
- **Foreclosure services –** includes access to a nationwide network of independent attorneys, document preparation and recording and other services
- **REO services –** covering real estate to which our customers take title and seek to sell following default

### Revenue Drivers

**Loan facilitation services:**

- Transaction driven
- Origination services paid by lender and ultimately, primarily borne by customer

**Default management services:**

- Transaction driven
- Various services related to defaulted and foreclosed properties, paid by lender or vendor



Lender Processing Services



78







2008 Guidance
and Long Term Outlook

# 2008 Adjusted Guidance

| (amounts in millions except per share data) | 2007 Carveout | 2008 Guidance (1) |
|---|---|---|
| Revenue | $1,690.6 | 7% – 9% |
| EBIT | 424.1 | 6% – 8% |
| Net Earnings per Diluted Share | $2.06 | $2.10 – $2.22 |
| Adjusted Earnings per Diluted Share | $2.32 | $2.34 – $2.46 |
| Free Cashflow | $156.6 | $193 – $228 |
| Diluted Shares (2) | 97.7 | 97.0 |
| Capital Expenditures | $70.6 | $65 – $75 |
| Depreciation & Amortization | $102.6 | $95 |

**Solid start as a stand-alone public company**

(1) Reflects impact of estimated incremental costs.
(2) Following completion of the spin-off, FIS shareholders are expected to receive .5 shares of LPS common stock for each share of FIS common stock they hold.



Lender Processing Services



LPS
LISTED
NYSE

# Long Term Outlook
## Key Market Assumptions

- Year over year origination/refinance volume stabilize by early 2009 and grow modestly through 2011

- Year over year default volumes continue to rise through 2011

- Outstanding mortgage loans continue to grow steadily

- Trends toward centralization and outsourcing continue

- Demand for enhanced analytics and risk management solutions increases



Lender Processing Services



# Long Term Outlook
## Strategic Growth Initiatives

- Leverage comprehensive solutions

- Extend technology leadership position

- Expand service offerings

- Selectively pursue new markets

- Drive cost reduction initiatives

- Selectively pursue acquisitions

**Focused on strong, profitable growth**





# Long Term Outlook

- Grow revenue 6–9% annually 2009–2011

- Expand operating margin on average by 50 bps per year

- Target $400–$500 million in debt reduction through 2011

- Repurchase shares opportunistically

**Grow EPS by 12–15% annually 2009–2011**



Lender Processing Services

LPS
LISTED
NYSE



# **Summary**

- Leading market positions in:
  - Technology, Data and Analytics
  - Loan Transaction Services
- Revenue growth faster than market
- Expanding margins
- Attractive dividend
- Strong free cash flow

**Focused on delivering above average returns to shareholders**



Lender Processing Services

LPS
LISTED
NYSE

87

