# PLAINTIFF'S EXHIBIT NUMBER:

# 5

Case 10-01172-DWH    Doc 76-5    Filed 02/05/11    Entered 02/05/11 16:24:31    Desc Exhibit 5 to amended complaint    Page 2 of 3

This is Google's cache of http://www.greathillpartners.com/index.php/case_studies/view/261. It is a snapshot of the page as it appeared on Nov 9, 2010 09:01:22 GMT. The current page could have changed in the meantime. Learn more

These search terms are highlighted: **great hill partners prommis**                                              Text-only version



# Case Studies



- **Innovative Transaction**
- **Sourced Financings**
- **Recruited Senior Executives**

### **Prommis** Solutions

CEO: Denis Brosnan

In 2005, GHP was looking for a way to invest in the expected downturn in residential housing when Chairman and former CEO Dan Phelan was contacted. Phelan, a lawyer by training, had built a large processing business providing foreclosure and bankruptcy technology for the residential real estate market. Interestingly, the operations were co-mingled inside a working law firm. In order to provide founder liquidity and prepare for a national business expansion, Phelan interviewed several private equity firms to lead a transaction. GHP worked with Phelan to create a stand-alone commercial enterprise in a novel "spinout" from the law firm. Importantly, GHP was able to introduce a CFO and CIO from a prior successful portfolio investment to work with Phelan on the project. In 2006, with debt financing from GHP relationship lenders and our equity sponsorship, **Prommis** Solutions, Inc. was founded. In Phelan's words, *"This was a complicated deal. The spinout of our business from the law firm*

*created financing and operating challenges. I really appreciated GHP's ability to bring in talented managers to assist us and who are now on our team. GHP is a very persistent group."*