# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In re:

| | |
|---|---|
| **JONATHAN R. THORNE and** | **BANKRUPTCY CASE:** |
| **DARLENE S. THORNE, Debtors** | **09-11763-DWH** |
| | **CHAPTER 13** |

=========================================================

**JONATHAN R. THORNE and
DARLENE S. THORNE, Debtors
LOCKE BARKLEY, Chapter 13 Trustee for the Northern
District of Mississippi**

        **Plaintiffs,**

vs.                                   **Adversary Proceeding Number:**

                                     **10-01172-DWH**

**PROMMIS SOLUTIONS HOLDING CORPORATION,
GREAT HILL PARTNERS, LLC
MORRIS, SCHNEIDER AND PRIOR, now known as
JOHNSON & FREEDMAN,
LENDER PROCESSING SERVICES, INC.,
LPS DEFAULT SOLUTIONS, LLC**

        Defendants,

=========================================================

## PLAINTIFFS' NOTICE OF FILING DISCOVERY

=========================================================

Comes now Nicholas Wooten, on behalf of the plaintiffs in this action, and serves notice that he has this day propounded the following discovery files herewith his notice of discovery filing as follows:

1)   Plaintiffs consolidated interrogatories and request for production to Johnson and Freedman.

2)   Plaintiffs consolidated interrogatories and request for production to Lender Processing Services and LPS Default.

3)   Plaintiffs consolidated interrogatories and request for production to Prommis Solutions, LLC.

4)   Plaintiffs consolidated interrogatories and request for production to Prommis Holdings.

Done this 18th day of March 2011.

*/s/ Nicholas Wooten_____*
One of the attorneys for the defendant

**OF COUNSEL:**

NICK WOOTEN
ATTORNEY AT LAW
PO BOX 3389
AUBURN, AL. 36831
(334) 887-3000  PHONE
(334) 821-7720 FAX
nhwooten@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was serviced on the following parties in interest via first class U.S. Mail, postage pre-paid, or by electronic filing on this 18th day of March 2011.

**All counsel of record**

**Via Electronic Filing**

*/s/ Nicholas Wooten*
OF COUNSEL